**No. 42611.**—Protest 961912–G of Oakland Food Products Co. (San Francisco).

Opinion by CLINE, J. The record showed that the brassware and immediate containers were marked with the word "Nippon" and the outside wooden case bore the legend "Made in Japan." On the authority of Abstract 33280 the protest was overruled. *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104) cited.

**No. 42612.**—Protest 924879–G of Norda Essential Oil & Chemical Co., Inc. (New York).

Opinion by CLINE, J. It appeared that the immediate containers of the bergamot oil in question were copper cans which were packed in a wooden case. There was no marking on the copper cans, but the wooden cases were marked. Since the immediate container was not legally marked the protest was overruled. *Arden* v. *United States* (1 Cust. Ct. 83, C. D. 25) followed.

**No. 42613.**—Protest 949372–G of Saks & Co. (New York).

Opinion by CLINE, J. The record showed that the gloves were not marked but that the immediate containers were properly marked. The protest was sustained on the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103).

**No. 42614.**—Protest 989221–G of Arthur Serra & Co. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.

**No. 42615.**—Protest 954251–G of Schenley Import Corp. (New York).

Opinion by CLINE, J. The protest was submitted without evidence in support of the claims made. On the record presented the protest was overruled.

**No. 42616.**—Protests 992874–G, etc., of S. S. Kresge Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) the opera or field glasses in question were held dutiable at 35 percent under paragraph 228 (b) and T. D. 48316.